# McCoy v. The State.

APPEAL from Jefferson Criminal Court.
Tried before the Hon. SAMUEL E. GREENE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the larceny of money.
The judgment of conviction is affirmed.

Opinion by TYSON, J.

---

# O'Hara v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

GORDON MACDONALD, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for carrying on the business of an auctioneer without a license and contrary to law.
The judgment of conviction is affirmed on the authority of *O'Hara v. State,* 121 Ala. 28.